IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. CR98-B-0250-S |
| | ) | |
| WALTER REEVES | ) | |

**O R D E R**

On January 29, 2004, the magistrate judge's report and recommendation was entered and the parties were allowed therein fifteen (15) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by petitioner or the Government.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge and it is therefore **ORDERED** that petitioner's Motion for Return of Property [Doc. #139] is due to be and hereby is **DENIED**.

DONE this 5th day of August, 2005.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE